Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−21856−SLM
                Chapter:  7
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alla Medow
   15 Margaret Ct
   Fair Lawn, NJ 07410−4808

Social Security No.:
   xxx−xx−3138

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/5/19 at 10:00 AM

to consider and act upon the following:

*10* − Motion for Relief from Stay re: re: 15 Margaret Court, Fair Lawn, NJ. 07410−4808. Fee Amount $ 181. Filed by Rebecca Ann Solarz on behalf of HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset−Backed Pass−Through Certificates, Series 2006−1. Hearing scheduled for 7/30/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Solarz, Rebecca)

Dated: 7/25/19

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court