Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21856−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alla Medow
   15 Margaret Ct
   Fair Lawn, NJ 07410−4808

Social Security No.:
   xxx−xx−3138

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

   ☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 9/12/19 in the amount of $ 85.00 has not been received by the Clerk,

   ☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on:

   Date: October 8, 2019
   Time: 10:00 AM
   Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to show cause why the case should not be dismissed.

   If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

   Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

   Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: September 16, 2019

JAN: wdh

Stacey L. Meisel
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-21856-SLM
Alla Medow                                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin             Page 1 of 1         Date Rcvd: Sep 16, 2019
                       Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db             Alla Medow,    15 Margaret Ct,    Fair Lawn, NJ  07410-4808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
      Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
      Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1 rsolarz@kmllawgroup.com
      Robert L. Sweeney    on behalf of Debtor Alla  Medow rsweeneylaw@aol.com,    G6120@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5