UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Alla Medow

Case No.: 19-21856 (SLM)

Chapter: 7

Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on October 29, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 15 Margaret Court, Fair Lawn, NJ, having a fair market value of $450,000.00.

> Liens on property:
>
> HSBC Bank USA
> $523,400.00
> PNC Mortgage
> $39,441.00

> Amount of equity claimed as exempt: None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.: 201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Alla Medow  
      Debtor

Case No. 19-21856-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2019  
                   Form ID: pdf905     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
```
db              Alla Medow,    15 Margaret Ct,    Fair Lawn, NJ   07410-4808
518301131      HSBC Bank USA,    c/o KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518301132      PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
518301133      Wells Fargo,    po box 71118,    charlotte, nc 28272-1118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 22:18:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2019 22:18:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                               TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518303334      Nissan Motor Acceptance Corp.
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:
```
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as trustee on
               behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates, Series 2006-1
               rsolarz@kmllawgroup.com
              Robert L. Sweeney    on behalf of Debtor Alla  Medow rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```